FILED: May 11, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4264
(1:15-cr-00222-LO-1)
_____

UNITED STATES OF AMERICA

　　　　Plaintiff - Appellee

v.

ALVIN GLASGOW, a/k/a Buju

　　　　Defendant - Appellant

_____

O R D E R
_____

　　　　The court denies attorney Phoenix Harris's motion to withdraw from further representation on appeal as moot as attorney William A. Mitchell, Jr. has already been noted as counsel of record on behalf of appellant.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk